IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SCOTT WALTON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 3:15-cv-03061-M |
| | § | |
| UNION SECURITY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal [Docket Entry #9]. Because the Stipulation apparently seeks a court order, the Court construes it as a Motion to Dismiss. The Motion is **GRANTED**. This case is **DISMISSED** without prejudice. Costs will be borne by the party incurring the same.

**SO ORDERED.**

December 18, 2015.

*[signature]*
**BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS**